IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> FACTORY 2-U STORES, INC. a/k/a ) <br> FACTORY 2-U, f/a/k/a GENERAL ) <br> TEXTILES, INC. f/a/k/a GENERAL ) <br> TEXTILES f/a/k/a FAMILY BARGAIN ) <br> CORPORATION f/a/k/a FAMILY ) <br> BARGAIN CENTER ) <br> ) <br> Debtor ) | Chapter 7 <br><br> Case No. 04-10111 (KJC) |
| JEOFFREY L. BURTCH, ) <br> Chapter 7 Trustee ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> NTD APPAREL INC. ) <br> ) <br> Defendants. ) <br> ) | Adv. Pro. No.06-50128 (KJC) <br><br><br><br><br> RE: Docket No. 52 |

## ORDER

Upon consideration of Defendant NTD Apparel, Inc.'s Motion for Leave Pursuant to D.Del.L.R.7.1.2(c) to File a Surreply to Plaintiff's Reply in Support of his Motion in Limine to Exclude the Expert Testimony and Reports of Defendants' Expert H.A. Schaeffer; and any responses thereto;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

Dated: July __19__, 2007

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge